IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

RICHARD BARNER, III,

      Appellant,

v.

STATE OF FLORIDA,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-4065

Opinion filed October 6, 2015.

An appeal from an order of the Circuit Court for Bay County.
Brantley Clark, Judge.

Rudolph C. Shepard, Jr., Panama City, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

      Upon consideration of appellant's response to the Court's order of September 3, 2015, the Court has determined that the appeal is untimely with respect to appellant's July 31, 2015, criminal judgment and sentence. Accordingly, the appeal is dismissed. The dismissal is without prejudice to appellant filing a petition for belated appeal pursuant to Florida Rule of Appellate Procedure 9.141(c).

OSTERHAUS and WINOKUR, JJ., CONCUR. BENTON, J., DISSENTS.